■ JOHN J. HARVEY Co., INC., Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 32550.) — Judgment and order affirmed, without costs of these appeals to either party. All concur. (Cross appeals from a judgment of the Court of Claims awarding claimant the sum of $285.44 and dismissing the balance of claimant's claim alleged to be due claimant for breach of contract by the State; and appeal from an order of the Court of Claims, denying claimant's application to reopen the judgment for the purpose of new testimony in support of its claim.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.